UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER JOHN GAGE** | **CIVIL ACTION** |
| **versus** | **NO. 12-1054** |
| **N. BURL CAIN, WARDEN** | **SECTION: "I" (1)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objection by petitioner, Christopher John Gage, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Christopher John Gage** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this   3rd   day of July, 2012.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE